**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

CHRISTINE MCCARTNEY                    CIVIL ACTION NO.:

     Plaintiff

       v.

LOWE'S HOME CENTER LLC,                    Date:  June 9, 2022

     Defendants

<u>**NOTICE OF REMOVAL**</u>

     To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

     1.     On or about May 5, 2022, a copy of the Writ, Summons and Complaint was delivered by a marshal to Deneen L. Seifel, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of New London at New London on June 8, 2022, entitled: <u>Christine McCartney v. Lowe's Home Center, LLC</u> with docket number KNL-CV22-6056931-S (hereinafter "State Action") returnable June 14, 2022, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

2.      There is one named plaintiff in the State Action.  In the Complaint, the Plaintiff claims that on June 21, 2020, the Plaintiff was struck by stone tile which fell from a display location and struck her right foot. The Complaint alleges that the Plaintiff suffered injuries and damages which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff is a citizen of the state of Connecticut.  (See Exhibit A, Summons and Complaint).

4.      The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina. Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and Plaintiff's demand of One-Hundred Thousand Dollars ($100,000.00), the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. As a result of the fall, plaintiff is claiming "serious, painful, and disabling juries to her right foot, including but not limited to a crush injury and post distal tuft fractures and nail avulsion resulting in disfigurement." (Ex. A, Complaint at ¶ 9.)

2

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq*.

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court on the day after this action was filed with the Superior Court for the Judicial District of New London at New London. Defendant was served on May 5, 2022 but was unable to file this Notice of Removal within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as it had not been returned to court within that time frame.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of New London at New London is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

11.    A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of New London, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.


                                        THE DEFENDANT,
                                        LOWE'S HOME CENTER, LLC


                            By:   /s/ *Gina M. Hall*
                                        Gina M. Hall
                                        ghall@morrisonmahoney.com
                                        Fed Bar #ct26885
                                        Morrison Mahoney LLP
                                        One Constitution Plaza, 10th Floor
                                        Hartford, CT 06103
                                        Phone:    860-616-4441
                                        Fax:      860-244-3800

4

## <u>CERTIFICATION</u>

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **June 9, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Jason B. Burdick
Messier, Massad, Burdick, & Assoc. LLC
107 State Street
New London, CT 06320

By:  /s/ *Gina M. Hall*
        Gina M. Hall

5

EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**See other side for instructions**

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **70 Huntington Street, New London, CT 06320** | ( 860 )443-5363 | June 14, 2022  Month  Day  Year |

| [X] Judicial District  [ ] Housing Session | [ ] G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349)  **New London** | Case type code *(See list on page 2)*  Major: **V**   Minor: **01** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*  **Messier, Massad, Burdick & Assoc. LLC, 107 State Street, New London CT 06320** | Juris number *(to be entered by attorney only)*  **425555** |
|---|---|

| Telephone number *(with area code)*  ( 860 ) 443 7014 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [ ] Yes  [X] No | Email address for delivery of papers under Section 10-13 *(if agreed to)*  **jburdick@messiermassad.com** |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **McCartney, Christine**  Address: **25 Imogen Drive, Mystic, CT 06355** | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: **Lowe's Home Centers, LLC, 1000 Lowe's Blvd., Mooresville, NC 28177**  Address: **c/o Agent for Service: Corporation Service Company, 225 Asylum Street, 20th Floor, Hartford, CT, 06103** | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

**Notice to Each Defendant**

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left  **Jason B. Burdick** | Date signed  **05/04/2022** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

[ Print Form ]   (Page 1 of 2)   [ Reset Form ]

| | | |
|---|---|---|
| **RETURN DATE:  JUNE 14, 2022** | : | **SUPERIOR COURT** |
| **CHRISTINE MCCARTNEY** | : | **J.D. OF NEW LONDON** |
| **V.** | : | **AT NEW LONDON** |
| **LOWE'S HOME CENTERS, LLC** | : | **MAY 4, 2022** |

<u>**COMPLAINT**</u>

1.      At all times material to this Complaint, the Plaintiff, Christine McCartney ("Plaintiff"), is a citizen of the State of Connecticut who resides in the Town of Groton.

2.      At all times material to this Complaint, the Defendant, Lowe's Home Centers, LLC. ("Defendant"), is a lawful corporation existing under the laws of the State of North Carolina, with its principal place of business in the City of Mooresville, and is authorized to transact business in the State of Connecticut.

3.      On or about June 21, 2020, and for a long time prior thereto, the Defendant owned, controlled, possessed, managed and/or maintained the premises located at 167 Parkway North, in the Town of Waterford, State of Connecticut ("Premises"), and otherwise known as Store #2263.

4.      At all times material to this Complaint, the Defendant had a non-delegable duty to keep Premises safe of dangerous conditions which may pose a hazard to customers and/or business invitees.

5.      On said date, Premises were in a defective, unsafe and dangerous condition, in that there was stone tile merchandise stacked in a manner that made it likely that customers and/or business invitees of the Defendant would or could be injured.

6.      On said date, the Plaintiff was shopping in the area of the stone tile merchandise in said Premises when the tile fell from the display location and crushed the Plaintiff's right foot causing her to sustain injuries and losses hereinafter described.

7.      The area upon which the Plaintiff sustained injuries was an area commonly used by other customers and/or business invitees of the Defendant, and said area was under the care, custody and control of the Defendant at the time of the Plaintiff's injuries.

8.      The below-mentioned injuries and losses sustained by the Plaintiff were directly and proximately caused by the negligence of the Defendant, its servants, agents or employees, in one or more of the following ways:

       a.      In failing to properly inspect store aisles and merchandise, and more specifically the display of stone tile;

       b.      In failing to provide warnings or to properly mark the display area where the dangerous and defective condition existed warning that stone tile could fall;

       c.      In failing to properly erect a safeguard so that customers and/or business invitees of the Defendant would not be able to utilize an area where it was likely that a person would be injured;

       d.      In failing to provide adequate staffing to supervise and monitor store aisles and displays for hazards and offer assistance to customers and/or business invitees;

e.     In failing to provide adequate supervision, and training to its employees, agents and staff regarding its protocol on how to safely position and/or assemble merchandise displays;

f.     In failing to inspect product displays for safe storage;

g.     In failing to use due care, failing to make use of its senses and faculties as a prudent retailer under the circumstances, and failing to remedy and eliminate any dangerous conditions;

h.     In failing to properly position merchandise displays allowing customers and/or business invitees to shop free of dangerous conditions; and

i.     In failing to keep the area in a reasonably safe condition.

9.     As a direct and proximate result of the negligence of the Defendant, the Plaintiff sustained and suffered serious, painful, and disabling injuries to her right foot, some of which are, or may be, permanent, including but not limited to a crush injury and post distal tuft fractures and nail avulsion resulting in disfigurement.

10.     As a further direct and proximate result of the negligence of the Defendant, the Plaintiff, has suffered, and will continue to suffer from great pain, anxiety, nervousness, and mental anguish.

11.     As a further direct and proximate result of the negligence of the Defendant, the Plaintiff has incurred, and will continue to incur expenses for hospital care, medical care and attention, medical imaging, medications, and other materials and supplies related thereto.

12.     As a further direct and proximate result of the negligence of the Defendant, the Plaintiff, was and will be unable to perform and enjoy the normal recreational and social activities of life to

the extent to which she was formerly able to enjoy them, and her ability to enjoy them is permanently impaired.

13.     As a further direct and proximate result of the negligence of the Defendant, the Plaintiff was unable to continue her usual employment, and suffered lost wages and impairment to her earning capacity.

**WHEREFORE**, the Plaintiff claims:

1.     Compensatory Damages;

2.     Costs of this Action; and

3.     Other relief this Court deems Just and Equitable.

**THE PLAINTIFF**
**CHRISTINE MCCARTNEY**

By: _____

Jason B. Burdick
Messier, Massad, Burdick & Assoc. LLC
107 State Street
New London, CT  06320
Telephone: (860) 443-7014
Facsimile: (860) 443-7015
Juris No. 425555

Her Attorney

| | | |
|---|---|---|
| **RETURN DATE:  JUNE 14, 2022** | : | **SUPERIOR COURT** |
| **CHRISTINE MCCARTNEY** | : | **J.D. OF NEW LONDON** |
| **V.** | : | **AT NEW LONDON** |
| **LOWE'S HOME CENTERS, LLC** | : | **MAY 4, 2022** |

<u>**STATEMENT OF AMOUNT IN DEMAND**</u>

The amount, legal interest, or property in demand, exclusive of interest and costs,

is in excess of Fifteen Thousand and 00/100 ($15,000.00.) Dollars.

**THE PLAINTIFF**
**CHRISTINE MCCARTNEY**

By: _____
Jason B. Burdick
Messier, Massad, Burdick & Assoc. LLC
107 State Street
New London, CT  06320
Telephone: (860) 443-7014
Facsimile: (860) 443-7015
Juris No. 425555

Her Attorney

STATE OF CONNECTICUT:
      : SS. WEST HARTFORD   May 4, 2022
COUNTY OF HARTFORD :

    THEN and by virtue hereof and by direction of the plaintiff's

Attorney, I made due and legal service of the within original Writ, Summons

and Complaint by leaving a true and attested copy with and in the hands of

Deneen L. Seifel, Administrator for CORPORATION SERVICE COMPANY whom

is the duly authorized agent to accept service on behalf of the within named defendant:

**LOWE'S HOME CENTERS, LLC**

At 225 Asylum Street, 20th floor, Hartford, CT.

    THE WITHIN IS THE ORIGINAL WRIT, SUMMONS AND
COMPLAINT WITH MY DOINGS HEREON ENDORSED.

FEES:

| | | |
|---|---|---|
| SERVICE | $ | 40.00 |
| TRAVEL | $ | 21.80 |
| ENDORSEMENTS | $ | 1.20 |
| PAGES | $ | 8.00 |
| TOTAL | $ | 71.00 |

ATTEST:

SCOTT M. KRAIMER
STATE MARSHAL
HARTFORD COUNTY

SCOTT M. KRAIMER
CONNECTICUT STATE MARSHAL
P.O. Box 271621 • West Hartford, CT 06127-1621 • 860-521-1223

# EXHIBIT B

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| **Jun-14-2022** |
| Docket Number |
| **KNL-CV-22-6056931-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)*  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut

**MCCARTNEY, CHRISTINE  v. LOWE'S HOME CENTERS, LLC**

| Housing Session | Judicial District [x] | Geographic Area | Address of court *(Number, street, town and zip code)* **70 HUNTINGTON STREET NEW LONDON, CT 06320** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **MORRISON MAHONEY LLP** | Juris number *(For attorney/law firm)* **404459** |
|---|---|

| Mailing address **ONE CONSTITUTION PLAZA 10TH FLOOR** | Post Office box number | Telephone number *(Area code first)* **860-616-4441** |
|---|---|---|

| City/town **HARTFORD** | State **CT** | Zip code **06103** | Fax number **860-244-3800** | E-mail address **ghall@morrisonmahoney.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____

**DEFENDANT**
[x] The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only: _____

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender  or  ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                          (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**   [x] Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* **414750** | Name of person signing at left *(Print or type)* **GINA MARIE HALL** | Date signed **Jun 09 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____ **Jun 09 2022** _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

**FOR COURT USE ONLY**

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**MESSIER MASSAD BURDICK & ASSOC. LLC - 107 STATE STREET/NEW LONDON, CT 06320**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **414750** | Print or type name of person signing **GINA MARIE HALL** | Date signed **Jun 09 2022** |
|---|---|---|

State of Connecticut Judicial Branch
# Superior Court E-Filing



**Attorney/Firm:** MORRISON MAHONEY LLP (404459)   **E-Mail:** kcunningham@morrisonmahoney.com   Logout

KNL-CV22-6056931-S   **MCCARTNEY, CHRISTINE v. LOWE'S HOME CENTERS, LLC**

**Prefix/Suffix:** [none]   **Case Type:** T03   **File Date:** 06/08/2022   **Return Date:** 06/14/2022

**Hide Instructions**   **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

Print

Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** KNL-CV-22-6056931-S
**Case Name:** MCCARTNEY, CHRISTINE v. LOWE'S HOME CENTERS, LLC
**Type of Transaction:** Appearance
**Date Filed:** Jun 09 2022
**Appearance by:** 404459 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|-----------|
| D-01 | LOWE'S HOME CENTERS, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Jun 09 2022 10:41:04 AM

Return to Civil / Family Menu

Copyright © 2022, State of Connecticut Judicial Branch

# EXHIBIT C

| | | |
|---|---|---|
| DOCKET NO.: KNL-CV22-6056931-S | : | SUPERIOR COURT |
| CHRISTINE MCCARTNERY | : | JUDICIAL DISTRICT OF NEW LONDON |
| v. | : | |
| | | AT NEW LONDON |
| LOWE'S HOME CENTER, LLC | : | |
| | | JUNE 9, 2022 |

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby provides notice that it will file a Notice of Removal of this action in and to the United States District Court for the District of Connecticut. A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action thereby preventing any further action in the Superior Court.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:  /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:   860-616-4441
Fax:       860-244-3800

## __CERTIFICATION__

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **June 9, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Jason B. Burdick
Messier, Massad, Burdick, & Assoc. LLC
107 State Street
New London, CT 06320

By:  _/s/ Gina M. Hall_
       Gina M. Hall

2

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

CHRISTINE MCCARTNEY                              CIVIL ACTION NO.:

     Plaintiff

         v.

LOWE'S HOME CENTER LLC,                          Date:  June 9, 2022

     Defendants

## NOTICE OF REMOVAL

     To the Judges of the United States District Court for the District of Connecticut, the defendant, Lowe's Home Center, LLC (hereinafter "the Defendant"), hereby file this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

     1.     On or about May 5, 2022, a copy of the Writ, Summons and Complaint was delivered by a marshal to Deneen L. Seifel, Corporation Service Company, Registered Agent for Service of Lowe's Home Centers LLC.  The Complaint and Summons for this matter were returned to the Superior Court for the Judicial District of New London at New London on June 8, 2022, entitled: <u>Christine McCartney v. Lowe's Home Center, LLC</u> with docket number KNL-CV22-6056931-S (hereinafter "State Action") returnable June 14, 2022, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**
**Error! Unknown document property name.**
**Error! Unknown document property name.**

2.      There is one named plaintiff in the State Action.  In the Complaint, the Plaintiff claims that on June 21, 2020, the Plaintiff was struck by stone tile which fell from a display location and struck her right foot. The Complaint alleges that the Plaintiff suffered injuries and damages which were caused by the negligence of the Defendant.

3.      This action involves citizens of different states.  At all times relevant, the Plaintiff is a citizen of the state of Connecticut.  (See Exhibit A, Summons and Complaint).

4.      The Defendant, Lowe's Home Center, LLC, is a limited liability corporation with a principal place of business in North Carolina. Pursuant to *Andreoni v. Forest City Enterprises, Inc.,* 660 F. Supp. 2d 254, 257 (D. Conn. 2009), the Defendant states that the members of Lowe's Home Center, LLC and their states of domicile are North Carolina.

5.      Attorney Gina Hall has filed a notice of appearance on behalf of the Defendant in the State Action, a copy of which is attached hereto as Exhibit B.

6.      Based on the allegations in the Plaintiff's Complaint and Plaintiff's demand of One-Hundred Thousand Dollars ($100,000.00), the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. As a result of the fall, plaintiff is claiming "serious, painful, and disabling juries to her right foot, including but not limited to a crush injury and post distal tuft fractures and nail avulsion resulting in disfigurement." (Ex. A, Complaint at ¶ 9.)

2

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the principal place of business of the Defendant Lowe's Home Center, LLC, is wholly diverse from the citizenship of the plaintiff; (2) the citizenship of the members of the Defendant limited liability company is wholly diverse from the domicile/citizenship of the plaintiff; and (3) the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq.*

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court on the day after this action was filed with the Superior Court for the Judicial District of New London at New London. Defendant was served on May 5, 2022 but was unable to file this Notice of Removal within thirty (30) days after receipt by the Defendant of the Summons and Complaint, as it had not been returned to court within that time frame.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of New London at New London is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103
860-616-4441 • JURIS NO. 404459

11.    A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of New London, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

By:  /s/ *Gina M. Hall*
Gina M. Hall
ghall@morrisonmahoney.com
Fed Bar #ct26885
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Phone:   860-616-4441
Fax:      860-244-3800

4

## CERTIFICATION

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **June 9, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Jason B. Burdick
Messier, Massad, Burdick, & Assoc. LLC
107 State Street
New London, CT 06320

By:  /s/ *Gina M. Hall*
Gina M. Hall

5

State of Connecticut Judicial Branch
## Superior Court E-Filing



**Attorney/Firm:** MORRISON MAHONEY LLP (404459)                    **E-Mail:** kcunningham@morrisonmahoney.com    Logout

**Hide Instructions**                              **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

**Confirmation of E-filed Transaction  (print this page for your records)**

| | |
|---|---|
| **Docket Number:** | KNL-CV-22-6056931-S |
| **Case Name:** | MCCARTNEY, CHRISTINE v. LOWE'S HOME CENTERS, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jun-9-2022 |
| **Motion/Pleading by:** | MORRISON MAHONEY LLP (404459) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | |
| **Date and Time of Transaction:** | Thursday, June 9, 2022 3:26:17 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2022, State of Connecticut Judicial Branch