UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTINE MCCARTNEY | CIVIL ACTION NO.: 3:22CV00761(JAM) |
| Plaintiff | |
| v. | |
| LOWE'S HOME CENTER LLC, | Date: June 14, 2022 |
| Defendants | |

**DEFENDANT'S MOTION TO REMAND**

On June 9, 2022, the undersigned defendant removed this case from the Superior Court for the Judicial District of New London at New London to the United States District Court based on the amount in controversy at that time and diversity of citizenship pursuant to 28 U.S.C. § 1332. Since the removal, the amount in controversary changed wherein removal is no longer warranted under 28 U.S.C. § 1332.

WHEREFORE, the defendant seeks this court to remand this case back to Superior Court on the basis that the amount in controversy at this time no longer meets the requirements pursuant to 28 U.S.C. § 1332.

THE DEFENDANT,
LOWE'S HOME CENTER, LLC

BY:  _/s/ Gina M. Hall_____
Gina M. Hall, Esq.
Federal Bar No.: ct26885
Morrison Mahoney LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (203) 616-4441
ghall@morrisonmahoney.com

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**
**Error! Unknown document property name.**
**Error! Unknown document property name.**

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **June 14, 2022** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Jason B. Burdick
Messier, Massad, Burdick, & Assoc. LLC
107 State Street
New London, CT 06320

By:  /s/ *Gina M. Hall*
Gina M. Hall

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA, 10TH FLOOR, HARTFORD, CT 06103**
**860-616-4441 • JURIS NO. 404459**

**Error! Unknown document property name.**
**Error! Unknown document property name.**